

NUMBER 13-09-00454-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

RON ST. JOHN, SENOVIO RAMIREZ AND
BRAVO STEEL PRODUCTS, INC.,                    Appellants,

v.

ABRAHAM BAKSHT,                                        Appellee.

### On appeal from the 370th District Court
### of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Justices Yañez, Garza, and Benavides**
**Memorandum Opinion Per Curiam**

Appellants, Ron St. John, Senovio Ramirez, and Bravo Steel Products, Inc., perfected an appeal from a judgment entered by the 370th District Court of Hidalgo County, Texas, in cause number C-4725-99-G. Appellants have filed a motion for

voluntary dismissal of their appeal on grounds that appellants no longer desire to pursue their appeal. Appellants request that this Court dismiss the appeal.

The Court, having considered the documents on file and appellants' motion for voluntary dismissal of their appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith. Any pending motions are dismissed as moot.

PER CURIAM

Delivered and filed the
7th day of October, 2010.

2